*pany* v. *Julian*, 215 U. S. 589, 590, and cases cited in last paragraph. *Mr. Edward C. Crow* and *Mr. Hannis Taylor* for the plaintiff in error. *Mr. John H. Atwood* for the defendant in error.

No. 328. GEORGE BIRD ET AL., INDIVIDUALLY AND AS TRUSTEES, ETC., APPELLANTS, *v.* JAMES M. ASHTON ET AL. Appeal from the Circuit Court of the United States for the Western District of Washington. Motion to dismiss or affirm submitted April 3, 1911. Decided April 10, 1911. *Per Curiam.* Dismissed for want cf jurisdiction. *McGilvra* v. *Ross,* 215 U. S. 70; *Shively* v. *Bowlby,* 152 U. S. 1; *Goodrich* v. *Ferris,* 214 U. S. 71, 81; *Farrell* v. *O'Brien,* 189 U. S. 89; *United States Fidelity &c. Co.* v. *United States,* 204 U. S. 516, and cases cited. *Mr. Benjamin S. Grosscup* for the appellants. *Mr. W. P. Bell, Mr. Frederic D. McKenney, Mr. W. H. Doolittle* and *Mr. James M. Ashton* for the appellees.

No. —. Original. *Ex parte:* IN THE MATTER OF HOWARD B. MANINGTON ET AL., PETITIONERS. Motion for leave to file petition submitted April 3, 1911. Decided April 10, 1911. *Per Curiam.* Motion for leave to file petition for writ of mandamus denied. See *Ex parte Harding,* 219 U. S. 363, decided at this term. *Mr. R. W. McCoy* and *Mr. Smith W. Bennett* for the petitioner. No one opposing.

No. 828. HARRY L. BURGOYNE, TRUSTEE, ET AL., APPELLANTS, *v.* PATRICK E. McKILLIP ET AL. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. Motion to dismiss or affirm and petition for

certiorari submitted April 3, 1911.   Decided April 17, 1911.   *Per Curiam.*   Dismissed for want of jurisdiction. *First National Bank* v. *Estherville,* 215 U. S. 341, 346; *Rogers* v. *Clark Iron Co.,* 217 U. S. 589.   Petition for a writ of certiorari denied.   *Mr. C. C. Flansburg* and *Mr. Robert Ramsey* for the appellants and petitioners.   *Mr. Francis A. Brogan* for the appellees and respondents.

No. 123.   WILLIAM P. DEVOU, EXECUTOR OF SARAH O. DEVOU, DECEASED, PLAINTIFF IN ERROR, *v.* CINCINNATI, COVINGTON & ERLANGER RAILWAY COMPANY.   Error to the Court of Appeals of the State of Kentucky.   Argued for the plaintiff in error April 12, 1911.   Decided April 17, 1911.   *Per Curiam.*   Dismissed for want of jurisdiction. *First National Bank* v. *Estherville,* 215 U. S. 341, 346; *Rogers* v. *Clark Iron Co.,* 217 U. S. 589; *Waters-Pierce Oil Co.* v. *Texas,* 212 U. S. 112, 116, 117, and cases cited; *Cincinnati &c. Railway Co.* v. *Slade,* 216 U. S. 78, 83. *Mr. Herbert Jackson* for the plaintiff in error.   *Mr. Frank Wright Cottle, Mr. Alfred C. Cassatt* and *Mr. Richard P. Ernst* for the defendant in error.

No. 919.   BENJAMIN W. HUBBARD, PLAINTIFF IN ERROR, *v.* WORCESTER ART MUSEUM.   Error to the Circuit Court of the United States for the District of Massachusetts. Motion to dismiss or affirm submitted April 10, 1911. Decided April 17, 1911.   *Per Curiam.*   Dismissed for want of jurisdiction.   *First National Bank* v. *Estherville,* 215 U. S. 341, 346; *Rogers* v. *Clark Iron Co.,* 217 U. S. 589; *Waters-Pierce Oil Co.* v. *Texas,* 212 U. S. 112, 116, 117, and cases cited; *Cincinnati &c. Railway Co.* v. *Slade,* 216 U. S. 78, 83.   See *Home for Destitute Children* v. *Peter*